FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 21 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-205-RFB-VCF |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| WILLIAM CLINTON MITCHELL, | |
| Defendant. | |

This Court finds William Clinton Mitchell pled guilty to Count One of a One-Count Criminal Indictment charging him with felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Memorandum in Support of Guilty Plea, ECF No. __.

This Court imposes forfeiture of the property set forth in the Memorandum in Support of Guilty Plea and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Memorandum in Support of Guilty Plea, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Memorandum in Support of Guilty Plea and the Forfeiture Allegation of the Criminal Indictment and the offense to which William Clinton Mitchell pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1) and is subject to forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1.   a Beretta APX, a 9mm caliber handgun bearing serial number A021408X;

2.   ten 9mm caliber cartridges; and

3.   any and all compatible ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of William Clinton Mitchell in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G4(b)(i) and (iv).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under

1   21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

2   petitioner's right, title, or interest in the property, the time and circumstances of the

3   petitioner's acquisition of the right, title or interest in the property, any additional facts

4   supporting the petitioner's claim, and the relief sought.

5          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

6   must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

7   Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

8   not sent, no later than sixty (60) days after the first day of the publication on the official

9   internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

10         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

11  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

12  Attorney's Office at the following address at the time of filing:

13                 Daniel D. Hollingsworth
                   Assistant United States Attorney
14                 Misty L. Dante
                   Assistant United States Attorney
15                 501 Las Vegas Boulevard South, Suite 1100
                   Las Vegas, Nevada 89101.
16

17         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

18  described herein need not be published in the event a Declaration of Forfeiture is issued by

19  the appropriate agency following publication of notice of seizure and intent to

20  administratively forfeit the above-described property.

21         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

22  copies of this Order to all counsel of record.

23         DATED _____8 / 21_____, 2023.

24

25

26                                 _____
                                   RICHARD F. BOULWARE, II
27                                 UNITED STATES DISTRICT JUDGE

28