UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:21-CR-205-RFB-VCF |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| WILLIAM CLINTON MITCHELL, | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by William Clinton Mitchell to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which William Clinton Mitchell pled guilty. Criminal Indictment, ECF No. 1; Memorandum in Support of Plea, ECF No. 58; Change of Plea, ECF No. 60; Amended Preliminary Order of Forfeiture, ECF No. 64.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 25, 2023, through September 23, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 65-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 74.

1  On September 27, 2023, the United States Attorney's Office served Angelina Mitchell / Angelina Molinaro at Las Vegas, NV 89128 with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 74-1, p. 3, 6-15.

On September 27, 2023, the United States Attorney's Office attempted to serve Angelina Mitchell / Angelina Molinaro at Henderson, NV 89002 with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail and the regular mail were returned as forward time expired, return to sender. Notice of Filing Service of Process – Mailing, ECF No. 74-1, p. 3, 6-12, 16-18.

On September 27, 2023, the United States Attorney's Office served and attempted to serve Angelina Mitchell / Angelina Molinaro at Las Vegas, NV 89147 with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 74-1, p. 3, 6-12, 19-21.

On September 27, 2023, the United States Attorney's Office served and attempted to serve Therese Mitchell at Las Vegas, NV 89147 with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 74-1, p. 3, 6-12, 22-24.

On September 27, 2023, the United States Attorney's Office attempted to serve Therese Mitchell at Pahrump, NV 89060 with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed. The regular mail was returned as not deliverable as addressed. Notice of Filing Service of Process – Mailing, ECF No. 74-1, p. 3, 6-12, 25-27.

On September 27, 2023, the United States Attorney's Office served and attempted to serve Therese Mitchell at Las Vegas, NV 89119 with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown as the post office has the document listed as in transit since October 7, 2023. The regular mailing was returned as not deliverable as addressed. Notice of Filing Service of Process – Mailing, ECF No. 74-1, p. 3-4, 6-12, 28-32.

On September 27, 2023, the United States Attorney's Office served and attempted to serve the Estate of Joseph Lichardi c/o Gabriella R. Lichardi with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 74-1, p. 4, 6-12, 33-35.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    1.    a Beretta APX, a 9mm caliber handgun bearing serial number A021408X;

    2.    ten 9mm caliber cartridges; and

    3.    any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all

rights, titles, and interests in the property are extinguished and are not recognized for William Clinton Mitchell and all third parties.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____Jan 16_____, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE