RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for William Clinton Mitchell

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM CLINTON MITCHELL,<br><br>  Defendant. | Case No. 2:21-cr-00205-RFB-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting Assistant United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for William Clinton Mitchell, that the Revocation Hearings currently scheduled on October 31, 2025 and November 14, 2025,[1] be vacated and continued to the same date and time convenient to the Court, but no sooner than ninety (90) days from the November 14, 2025 date.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for the revocation hearing.

2. The defendant is not in custody and agrees with the need for the continuance.

---

[1] There are two pending petitions on this case at ECF Nos. 82 and 94 (Sealed).

3.  The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 24th day of October 2025.

RENE L. VALLADARES
Federal Public Defender

By /s/ Keisha K. Matthews
KEISHA K. MATTHEWS
Assistant Federal Public Defender

SIGAL CHATTAH
Acting Assistant United States Attorney

By /s/ Robert Knief
ROBERT KNIEF
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CLINTON MITCHELL,<br><br>Defendant. | Case No. 2:21-cr-00205-RFB-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearings currently scheduled for October 31, 2025, and November 14, 2025, with both being vacated and continued to the same date of February 20-2025 at 9:15 a.m.

    DATED this 27th day of October 2025.

_____

UNITED STATES DISTRICT JUDGE

3